IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 JUL 10 AM 8: 13

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| LONE STAR GUN RIGHTS, JUSTIN DELOSH, & JASON DAVIS, PLAINTIFFS, | § § § § | |
| V. | § § | CAUSE NO. 1:19-CV-521-LY |
| REPRESENTATIVE DENNIS BONNEN, DEFENDANT. | § § § | |

## ORDER SETTING HEARING

**IT IS ORDERED** that the above entitled and numbered case is set for hearing on Defendant

Dennis Bonnen's Motion to Dismiss filed June 5, 2019 (Doc. #5) in Courtroom 7, Seventh Floor of

the United States Courthouse, 501 West 5th Street, Austin, Texas, on **Tuesday, September 17,**

**2019, at 9:30 a.m.**

Each side shall have thirty minutes total for argument.

SIGNED this _10th_ day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE