# LAW OFFICE OF MILLIE THOMPSON

1411 West Ave., Ste. 100, Austin, Texas 78701      (512) 293-5800        Facsimile: (512) 682-8721        millieaustinlaw@gmail.com

**July 19, 2019**

**RE**: Millie Thompson Vacation – November 5 – November 15, 2019
**Lonestar Gun Rights, et al v. Bonnen, 1:19-cv-00521-LY**

Dear Court Staff & Colleagues:

    This letter is to notify all opposing counsel and court staff of my vacation from November 5, 2019 through November 15, 2019. Please do not schedule any hearings, trials, or depositions on those dates.

    Thank you, and I hope this finds you well.

Sincerely,

/s/ Millie L. Thompson
Millie L. Thompson