IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LONE STAR GUN RIGHTS, JUSTIN DELOSH, & JASON DAVIS, PLAINTIFFS, | § § § § | |
| V. | § § | CAUSE NO. 1:19-CV-00521-LY |
| REPRESENTATIVE DENNIS BONNEN, DEFENDANT. | § § § | |

### FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court rendered an order dismissing Plaintiff's claims against Defendants for mootness. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _29th_ day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE